LUCY HAIDUK v. SUNSHINE BISCUIT COMPANY.

May 3, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. THADDEUS GORA.

May 3, 1977. Petition for certification denied. (See 148 *N. J. Super.* 582)

STATE OF NEW JERSEY v. RONALD BUNTING.

May 3, 1977. Petition for certification denied.

EDWARD BOLLE v. KLITZMAN, KLITZMAN & GALLAGHER.

May 3, 1977. Petition for certification denied. (See 145 *N. J. Super.* 593)

STATE OF NEW JERSEY v. ALBERT CHAVIES.

May 3, 1977. Petition for certification denied.

PATRICIA FALLON v.
BOARD OF EDUCATION OF THE TWP. OF MT. LAUREL.

May 3, 1977. Petition for certification denied.